# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5184**                        **September Term, 2024**

**1:25-cv-01030-PLF**

**Filed On:** May 23, 2025

American Foreign Service Association,

        Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

        Appellants

       **BEFORE:**     Henderson, Wilkins, and Childs, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal and an immediate administrative stay, it is

**ORDERED** that appellee file a response to the motion by 5:00 p.m. on Thursday, May 29, 2025. Any reply is due by 5:00 p.m. on Monday, June 2, 2025.

### Per Curiam

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                         BY:     /s/
                                              Michael C. McGrai
                                              Deputy Clerk