**[ORAL ARGUMENT NOT SCHEDULED]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants-Appellants. | No. 25-5184 |

**STATEMENT OF ISSUE TO BE RAISED**

Title 22, Chapter 52, Subchapter X of the U.S. Code governs labor relations between the Executive Branch and members of the Foreign Service. The statute provides:

(b) Exclusion of subdivisions

The President may by Executive order exclude any subdivision of the Department from coverage under this subchapter if the President determines that-

(1) the subdivision has as a primary function intelligence, counterintelligence, investigative, or national security work, and

(2) the provisions of this subchapter cannot be applied to that subdivision in a manner consistent with national security requirements and considerations.

22 U.S.C. § 4103(b).

In March 2025, President Trump issued Executive Order No. 14,251, which makes the determination authorized under 22 U.S.C. § 4103(b) and excludes subdivisions of the U.S Department of State and U.S. Agency for International Development from coverage under Subchapter X.  The issue presented in this appeal is whether the district court erred in granting a preliminary injunction that enjoins implementation of that executive order.

Respectfully submitted,

MELISSA N. PATTERSON

s/ *Joshua M. Koppel*

JOSHUA M. KOPPEL
(202) 514-4820
Attorneys
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 7212
Washington, D.C. 20530

June 2025