# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 25-5184** | **September Term, 2024** |
| | **1:25-cv-01030-PLF** |
| | **Filed On:** July 30, 2025 |

American Foreign Service Association,

    Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

    Appellants

    **BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, construed as a motion for en banc reconsideration of the court's June 20, 2025 order granting appellants' motion for a stay pending appeal, it is

**ORDERED** that the motion for en banc reconsideration be denied.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
              Selena R. Gancasz
              Deputy Clerk