# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5184**　　　　　　　　　　　　　　　　　　**September Term, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　　　**1:25-cv-01030-PLF**

　　　　　　　　　　　　　　　　　　　　　　　**Filed On: October 20, 2025** [2141237]

American Foreign Service Association,

　　　　Appellee

　　v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

　　　　Appellants

## O R D E R

　　Upon consideration of appellants' motion for a stay of briefing schedule in light of lapse of appropriations, and the opposition thereto, it is

　　**ORDERED** that the motion be denied.

### Per Curiam

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　Scott H. Atchue
　　　　　　　　　　　　　　Deputy Clerk