**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, | : | |
| | : | |
| | : | |
| Plaintiff-Appellee | : | |
| v. | : | Case No. 25-5184 |
| | : | |
| DONALD J. TRUMP et al., | : | |
| | : | |
| Defendants-Appellants. | : | |

---

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that April H. Pullium is withdrawing her appearance as counsel for Plaintiff in the above-captioned case. Plaintiff will continue to be represented by other counsel of record.

Dated: February 12, 2026

Respectfully submitted,

*/s/ April H. Pullium*

April H. Pullium
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, Suite 800
Washington, D.C. 20015
(202) 362-0041
apullium@odonoghuelaw.com